# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| ERIC J. POWELL, | : |
| Plaintiff | : NO. 1:06-cv-73 (WLS) |
| VS. | : |
| DOUGHERTY COUNTY JAIL; DOUG McGINLEY, | : |
| Defendants | : |

## RECOMMENDATION

On or about May 19, 2006, while incarcerated at the Dougherty County, Georgia Jail, plaintiff filed the above captioned § 1983 complaint. In his complaint plaintiff indicated that he was serving a one year sentence for various driving violations and that he was scheduled to be released from custody on August 1, 2006 (doc. # 1, Complaint p. 1). On or about May 31, 2006, per an order of this court, plaintiff filed a copy of his Inmate Trust Fund Account Statement (doc. # 5) which appears to be the last action undertaken herein by the plaintiff.

On December 15, 2006, the District Judge to whom this matter has been assigned entered an order adopting an earlier recommendation made by the undersigned (doc. # 12). On December 26, 2006, plaintiff's copy of that order was returned to the Office of the Clerk of Court marked "no longer in jail." (Doc. # 13). A review of the complaint reveals that plaintiff did not include a home or street address indicating his residence subsequent to his release from jail. It thus appears that the plaintiff has had no contact with the court for almost seven months and the court is not able to contact him for want of a current address. It appears to the undersigned that plaintiff has lost interest in the further pursuit of this matter. Accordingly, it is

the RECOMMENDATION of the undersigned that plaintiff's complaint be dismissed without prejudice. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

    **SO RECOMMENDED,** this 27th day of December 2006.

    */s/ Richard L. Hodge*
    RICHARD L. HODGE
    UNITED STATES MAGISTRATE JUDGE