IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

ERIC LAMAR POWELL,

    Plaintiff,

v.                            1:06-CV-73 (WLS)

DOUGHERTY COUNTY JAIL, ET. AL.,

    Defendants.

## ORDER

Before the Court is the Report and Recommendation from United States Magistrate Richard L. Hodge (Doc. No. 6), filed June 5, 2006. It is recommended that all of Plaintiff's claims, except one against one Defendant, be dismissed. Neither Plaintiff, nor Defendant, has filed a timely, or any, objection to the Report and Recommendation. The Magistrate Judge recommends that the claim against Defendant Carla Watson, for illegally opening his mail, be allowed to proceed. All other claims and Defendants should be dismissed.

Upon full consideration of the record, the Court finds that said Recommendations should be and hereby are, **ACCEPTED, ADOPTED** and made the orders of this Court for reason of the findings and reasons set out therein. Accordingly, all claims and Defendants, with the exception of the claim for illegally opening mail from an attorney made against Defendant Carla Watson, are **DISMISSED.**

SO ORDERED, this __21st__ day of May, 2006.

                                            /s/W. Louis Sands
                                            **W. Louis Sands, Judge**
                                            **United States District Court**