**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY  DIVISION**

ERIC LAMAR POWELL,                    :
                                      :
    Plaintiff,                      :
                                      :
v.                                    :          1:06-CV-73 (WLS)
                                      :
DOUGHERTY COUNTY JAIL, ET. AL.,       :
                                      :
                                      :
    Defendants.                     :
_____:

## O R D E R

Before the Court is the Report and Recommendation from United States Magistrate

Judge Richard L. Hodge (Doc. No. 14),  filed December 27, 2006.  It is recommended that

Plaintiff's complaint be dismissed for failure to prosecute and for failure to provide the

Court with a current address.  Neither Plaintiff, nor Defendant, has filed an objection to the

Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendation

should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for

reason of the findings and reasons set out therein. Accordingly, Plaintiff's complaint is

**DISMISSED** for failure to prosecute and for failure to provide the Court with a current

address.

SO ORDERED,  this   21st   day of May, 2008.


                /s/W. Louis Sands
                **W. Louis Sands, Judge**
                **United States District Court**